

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE GISELLE LÓPEZ-SOLER**

COURT REPORTER: Zoom.Gov          DATE: October 9, 2025
COURTROOM: OSJ Courtroom 6 (Hybrid Proceeding)     AUSA: Ryan McCabe

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*<br><br>vs.<br><br>WILFREDO JOSSETTE VAZQUEZ-RIVERA<br><br>*Defendant(s)* | Return of Indictment by the Grand Jury<br>Criminal No. **25-cr-00423 (CVR)** |

Indictment was filed in open court.

**Initial Appearance SET for October 16, 2025 at 1:30 PM in Hato Rey Courtroom 3 before U.S. Magistrate Judge Giselle López-Soler.**

Case is assigned to Judge Camille L. Vélez-Rivé.

**<u>NEW CASE</u>**:

☐ This Indictment supersedes Criminal Case No. _____.

☐ Defendant(s) **appeared** in magistrate case _____. <u>Magistrate case merged and closed</u>.

☐ Defendant(s) charged in magistrate case _____, but **not arrested**. <u>Magistrate case merged and closed</u>.

☒ Defendant(s) **not charged** in magistrate case.

☐ The Court granted the government's motion to seal.

☐ Defendant(s) is/are to remain on same bond.

☐ Defendant(s) is/are under custody. Marshal to produce defendant(s).

☐ Arrest warrant(s) to be issued.

☒ Summons to be issued.

*s/María Luz Díaz*
Courtroom Deputy Clerk